IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:14-cr-79-JEC-ECS |
| SHERYL MONIQUE TAYLOR, | |
| Defendant. | |

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [27] recommending accepting defendant's plea of guilty tendered on June 10, 2014. No objections to the Report and Recommendation [27] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [27] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED, this 18th day of July, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE